582

*Cletus Keating, Charles R. Hickox,* and *James H. Herbert* for respondents.

No. 90. OTTENHEIMER BROS., INC. ET AL. *v.* LIBUWITZ. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. John Elliott Byrne* for petitioners. *Mr. Edwin S. Clarkson* for respondent.

No. 92. ECKSTEIN *v.* UNITED STATES. October 14, 1935. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Albert L. Hopkins, Harry B. Sutter, Anderson A. Owen,* and *Samuel H. Horn* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for the United States.

No. 93. PROVIDENT LIFE & ACCIDENT INSURANCE Co. *v.* DANCE. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. J. B. Sizer* for petitioner. *Mr. Howard B. Warren* for respondent.

No. 94. OLIVER *v.* IOWA STATE TRAVELING MEN'S ASSN. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Jesse A. Miller* and *E. C. Street* for petitioner. *Messrs. J. M. Parsons* and *Earl C. Mills* for respondent.